| Date | Pleading Number | Description |
|---|---|---|
| 6/28/76 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERTIFICATE OF SERVICE, EXHIBITS A, B, C, D, & E. -- Defendants GENERAL TIRE & RUBBER CO. AEROJET GENERAL CORP. GENERAL TIRE INTERNATIONAL CO. T. F. O'NEIL M. G. O'NEIL T. E. PITTENGER JOHN O'NEIL G. W. FINCHER R. C. EICHNER J. H. VOLLBRECHT J. C. NICHOLS J. W. FOSS J. H. MILLER J. J. DALTON W. J. GURTNER DAVID S. HENKEL L. D. HENRY D. BRUCE MANSFIELD JAMES T. MORLEY W. B. WALSH PRICE WATERHOUSE & CO. SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF OHIO |
| 7/2/76 | | HEARING ORDER -- Setting A-1, & A-2 for HEARING, Chicago, Illinois July 23, 1976 |
| 7/8/76 | | ORDER VACATING HEARING -- Vacates July 2, 1976 Hearing Order and Schedule as it relates to MDL-265 A-1 and A-2 |
| 7/8/76 | | LETTER -- from counsel for KRAMER requesting postponement of hearing also request extension of time -- EXTENSION GRANTED TO ALL to and including July 26, 1976 |
| 7/26/76 | 2 | RESPONSE -- BRIEF -- Plaintiff, Mitchell A. Kramer w/ cert. of Service |
| 8/3/76 | 3 | LETTER RESPONSE -- DAVID COHN -- Service indicated |
| 8/27/76 | 4 | SUPPLEMENT TO MOTION -- MOVANTs to add B-1 Milberg v. The General Tire and Rubber Co., et al., S.D. Ohio, C-1-76-323 (Rubin) w/cert. of service |
| 9/1/76 | | HEARING ORDER -- Setting A-1, A-2 & B-1 for hearing, Oct. 1, 1976 San Francisco, Calif. |
| 9/7/76 | 5 | RESPONSE -- PLAINTIFF MILBERG w/cert. of service |
| 9/16/76 | | ORDER -- AMENDING HEARING ORDER TO ADD B-1 for October 1, 1976 San Francisco, Hearing. |
| 11/5/76 | 6 | SECOND SUPPLEMENT TO MOTION -- MOVANTS to add C-1 Lewis v. Michael G. O'Neill, N.D. Ohio, C76-344 |
| 12/3/76 | 7 | RESPONSE -- HARRY LEWIS w/cert. of service |
| 4/18/77 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE FRANK J. BATTISTI to handle litigation in the NORTHERN DISTRICT OF OHIO |
| 4/18/77 | | OPINION AND ORDER transferring A-1, A-2 & A-3 to the N. D. Ohio pursuant to Section 1407 for assignment to Judge Frank J. Battisti |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 265 --

| Date | No. | Pleading Description |
|---|---|---|
| 80/03/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-2 Arthur L. Monheit, et al. v. Thomas F. O'Neill, et al., S.D. N.Y., C.A.No. 80Civ393 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 80/03/20 | 8 | NOTICE OF OPPOSITION TO CTO -- Pltf. Arthur L. Monheit -- C-2 Monheit, et al. v. Thomas F. O'Neill, et al., S.D. New York, C.A. No. 80Civ393 (emh) |
| 80/03/28 | 9 | MOTION/BRIEF TO VACATE CTO -- Pltf. Monheit -- (Re C-2) w/Exhibits and cert. of svc. (emh) |
| 80/04/11 | 10 | RESPONSE -- General Tire & Rubber Co. and RKO General, Inc. w/Exhibit A and cert. of service (cds) |
| 80/04/23 | 11 | REPLY-BRIEF -- Pltf. Monheit -- w/Cert. of Svc. (ds) |
| 80/05/02 | 12 | SUPPLEMENT TO MOTION -- Plaintiff Monheit -- w/cert. of service (cds) |
| 80/05/23 | | HEARING ORDER -- Setting Opposition to Transfer of C-2 -- Boston, Mass., June 26, 1980 (cds) |
| 80/06/25 | | HEARING APPEARANCES -- Richard B. Dannenberg for Arthur L. Monheit and Dorothy Monheit; Marvin Schwartz for The General Tire & Rubber Co., and RKO General, Inc. (emh) |
| 80/06/25 | | WAIVERS OF ORAL ARGUMENT: Price Waterhouse & Co. and David Cohn (emh) |
| 80/07/07 | 13 | LETTER -- General Tire & Rubber Co. and RKO General, Inc. -- Signed by Philip K. Howard (cds) |
| 80/07/07 | 14 | SUPPLEMENTAL AFFIDAVIT -- Monheit -- w/cert. of serv. (cds) |
| 80/07/09 | | ORDER DEFERRING DECISION. (Pending resolution of motion for summary judgment before Judge Werker -- C-2 Monheit, et al. v. O'Neil, et al., S.D.N.Y., C.A. No. 80Civ893. Notified involved clerks, counsel and judges. (ds) |
| 81/10/13 | | ORDER VACATING CTO -- C-2 Arthur L. Monheit, et al. v. Thomas F. O'Neil, et al., S.D.N.Y., C.A. No. 80Civ893. Notified involved clerks, judges and counsel. (ds) |

Closed 10/15/81

## Description of Litigation

MDL DOCKET NO. 265 -- IN RE GENERAL TIRE & RUBBER COMPANY SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): 7/23/76
Date(s) of Opinion(s) or Order(s): 4/18/77
Consolidation Ordered: xx
Consolidation Denied: ___
Name of Transferee Judge: FRANK J. BATTISTI
Transferee District: NORTHERN DISTRICT OF OHIO

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mitchell A. Kramer v. The General Tire & Rubber Co., et al. | E.D.Pa Weiner | 76-1525 | 4/18/77 | 77-395 | 10/15/81 D | |
| A-2 | David Cohn, etc. v. John O'Neil, et al. | D.N.J. Biunno | 76-1006 | 4/18/77 | 77-396 | 10/15/81 D | |
| B-1 | Alter Milberg, etc. v. General Tire & Rubber Co., et al. | S.D.Ohio Rubin | C-1-76-323 | 4/18/77 | 77-397 | 10/15/81 | 1st Supp. 8/27/76 |
| C-1 | Harry Lewis v. Michael G. O'Neil, et al. | N.D.Ohio Contie | C76-344 | | | 10/15/81 D | 2nd Supp. 11/6/76 Hold for O+O |
| C-2 | Arthur L. Monheit, et al. v. Thomas F. O'Neill, et al. 3/12/80 OPPOSED MAR 20 1980 | S.D.N.Y. Werker | 80Civ893 | | 81-... | 10/...81 | |

July 1982 - Closed

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 265 -- IN RE GENERAL TIRE & RUBBER CO. SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| MITCHELL A. KRAMER (A-1)<br>Harold Cramer, Esquire<br>1510 The Fidelity Building<br>Philadelphia, Pa.  19109<br><br>DAVID COHN (A-2)<br>Peter S. Pearlman, Esquire<br>Park 80 Plaza West One<br>Saddle Brook, New Jersey<br><br>ALTER MILBERG (B-1)<br>Gene Mesh, Esquire<br>Suite 2005<br>Central Trust Tower<br>Cincinnati, Ohio  45202<br><br>HARRY LEWIS (C-1)<br>Avery S. Cohen, Esquire<br>Guren, Meritt, Sogg & Cohen'<br>650 Terminal Tower<br>Cleveland, Ohio  44113<br><br><br>ARTHUR L. MONHEIT, ET AL. (C-2)<br>Lowey, Dannenberg & Knapp<br>747 Third Avenue<br>New York, New York  10017 | THE GENERAL TIRE & RUBBER COMPANY<br>AEROJET-GENERAL CORPORATION<br>GENERAL TIRE INTERNATIONAL COMPANY<br>  Marvin Schwartz, Esquire<br>  Sullivan & Cromwell<br>  125 Broad Street<br>  New York, New York  10004<br><br>T. F. O'NEIL<br>M. G. O'NEIL<br>T. E. PITTENGER<br>JOHN O'NEIL<br>G. W. FINCHER<br>R. C. EISNER<br>J. H. VOLLBRECHT<br>J. C. NICHOLS<br>Edward W. Mullinix<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, Pa.  19102<br><br>J. W. FOSS<br>J. H. MILLER<br>J. J. DALTON<br>W. J. GURTNER<br>DAVID S. HENKEL<br>L. D. HENRY<br>D. BRUCE MANSFIELD<br>JAMES T. MORLEY<br>W. B. WALSH, M.D.<br>Charles Danzig, Esquire<br>Riker, Danzig, Scherer & Debevoise<br>744 Broad Street<br>Newark, New Jersey  07102<br><br>PRICE WATERHOUSE & CO.<br>John G. Harkins, Jr. Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The fidelity Building<br>Philadelphia, Pa.  19109 |

p. _____

| Plaintiff | Defendant |
|---|---|
| RKO GENERAL, INC.<br>1440 Broadway<br>New York, New York | |

p. _____

| Plaintiff | Defendant |
|---|---|

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 265 -- IN RE GENERAL TIRE & RUBBER COMPANY LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| THE GENERAL TIRE & RUBBER CO. | A-1  A-2  B-1  C-1  C2 |
| T. F. O'NEIL | A-1  A-2  B-1 |
| M. G. O'NEIL | A-1  A-2  B-1  C-1  C2 |
| T. E. PITTENGER | A-1  A-2  B-1  C-1  C2 |
| JOHN O'NEIL | A-1  A-2  B-1  C-1  C2 |
| G. W. FINCHER | A-1 |
| R. C. EICHNER | A-1 |
| AEROJET GENERAL CORP. | A-1 |
| J. H. VOLLBRECHT | A-1 |
| J. C. NICHOLS | A-1 |
| RKO General | C-2 |

| | |
|---|---|
| GENERAL TIRE INTERNATIONAL CO. | A-1 |
| PRICE WATERHOUSE & CO. | A-1 |
| J. H. FOSS | A-2 |
| J. H. MILLER | A-2 |
| J. J. DALTON | A-2 |
| W. J. GURTNER | A-2 |
| DAVID S. HENKEL | A-2   B-1 |
| L. D. HENRY | A-2   B-1 C2 |
| D. BURCE MANSFIELD | A-2   B-1 C2 |
| JAMES T. MORLEY | A-2   B-1 C2 |
| W. B. WALSH | A-2   B-1 C2 |